## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jose L. Parra
                                  Plaintiff,

v.                                                        Case No.: 1:18–cv–05936
                                                             Honorable Edmond E. Chang

Ocwen Loan Servicing LLC
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 10, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Status and motion hearing held on Defendant's motion to dismiss [15]. Plaintiff's response to the motion to dismiss [15] due by 11/09/2018. Defendant's reply due 11/30/2018. Defendant&#039;s motion to stay discovery [19] is granted. Discovery, including MID disclosures, is stayed pending the resolution of Defendant's motion to dismiss. Status hearing set for 12/19/2018 at 10:00 a.m.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.