# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JOSE L. PARRA, individually and on behalf, of all others similarly situated, | ) ) ) | No. 18 CV 5936 |
| Plaintiff, | ) ) | Hon. Edmond E. Chang |
| v. | ) ) ) | |
| OCWEN LOAN SERVICING, LLC, | ) ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Counsel of Record,

     PLEASE TAKE NOTICE that on this 8th day of November, 2018, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Plaintiffs' Response to Defendant's Motion To Dismiss, Or, In The Alternative, Motion to Stay*, copies of which have been served upon you electronically.

                                      /s/ Larry D. Drury_____
                                      Attorney for Plaintiff

LARRY D. DRURY
LARRY D. DRURY, LTD.
100 North LaSalle Street, Suite 2200
Chicago, IL 60602
(312) 346-7950
Atty. No. 22873
ldd@larrydrury.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies, under oath, that on November 8, 2018, I caused a copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will provide notification by email of such filing to all counsel of record.

By:    /s/ Larry D. Drury_____
           Larry D. Drury