**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Jose L. Parra
                              Plaintiff,

v.                                           Case No.: 1:18–cv–05936
                                                   Honorable Edmond E. Chang

Ocwen Loan Servicing LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 17, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: In light of the fully briefed motion [15] to dismiss, the status hearing of 12/19/2018 is reset to 02/28/2019 at 10:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.