UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jose L. Parra
                        Plaintiff,

v.                                              Case No.: 1:18−cv−05936
                                                     Honorable Edmond E. Chang

Ocwen Loan Servicing LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 27, 2019:

       MINUTE entry before the Honorable Edmond E. Chang: The Burkes' motion [29] to intervene is denied for two independent reasons. First, the brief exceeds the 15−page limit on briefs, see Local Rule 7.1, without permission. Second, the motion does not actually explain how either Federal Rule of Civil Procedure 24(a) or 24(b) are met. In light of the fully briefed motion [15] to dismiss, the status hearing of 02/28/2019 is reset to 04/23/2019 at 9:30 AM.Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.